SEALED

# U. S. District Court
## Western District of Arkansas (Fort Smith)
### CIVIL DOCKET FOR CASE #: 2:10-sm-00010-RTD *SEALED*
### Internal Use Only

| | |
|---|---|
| United States of America v. AT&T LG serial # 903KPUU44462 et al | Date Filed: 04/20/2010 |
| Assigned to: Honorable Robert T. Dawson | Jury Demand: None |
| Cause: Civil Miscellaneous Case | Nature of Suit: 890 Other Statutory Actions |
| | Jurisdiction: U.S. Government Plaintiff |

**Plaintiff**

**United States of America**     represented by     **Deborah Fennell Groom**
United States Attorney's Office
414 Parker Avenue
Post Office Box 1524
Fort Smith, AR 72901
(479) 783-5125
Fax: (479) 441-0569
Email: Debbie.Groom@usdoj.gov
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**AT&T LG serial # 903KPUU44462**
*also known as*
Fernando Garcia
*also known as*
Torrance Bunch
*also known as*
Amanda Hall

**Defendant**

**Boost Mobile Motorola i776 Serial # 365VKJ8R60**
*also known as*
Fernando Garcia
*also known as*
Torrance Bunch
*also known as*
Amanda Hall

**Defendant**

**AT&T Motorola Razor serial # G26GHQ96GK**

*gray Blackberry purple Serial # scratched off*
*also known as*
Fernando Garcia
*also known as*
Torrance Bunch
*also known as*
Amanda Hall

### Defendant

**AT&T Razor Serial # G26GJL23N4 silver**
*also known as*
Fernando Garcia
*also known as*
Torrance Bunch
*also known as*
Amanda Hall

### Defendant

**AT&T Razor II serial # E326GFLHHJ black**
*also known as*
Fernando Garcia
*also known as*
Torrance Bunch
*also known as*
Amanda Hall

### Defendant

**TracFone Nokia serial # 1AAD84CA**
*also known as*
Fernando Garcia
*also known as*
Torrance Bunch
*also known as*
Amanda Hall

### Defendant

**AT&T Motorola Serial # JO5ELS32RF black/silver**
*also known as*
Fernando Garcia
*also known as*
Torrance Bunch
*also known as*
Amanda Hall

### Defendant

**XKSSTEL-X12 No serial # black &**

silver
*also known as*
Fernando Garcia
*also known as*
Torrance Bunch
*also known as*
Amanda Hall

**Defendant**

**Boostmobile Motorola 1290 364VKEN5RL**
*also known as*
Fernando Garcia
*also known as*
Torrance Bunch
*also known as*
Amanda Hall

**Defendant**

**AT&T Samsung Blackjack Serial # R1WP592420B**
*also known as*
Fernando Garcia
*also known as*
Torrance Bunch
*also known as*
Amanda Hall

**Defendant**

**Nokie Black & Gray no serial #**
*also known as*
Fernando Garcia
*also known as*
Torrance Bunch
*also known as*
Amanda Hall

**Defendant**

**Boost Motorola i776 serial # 364VKFGGJT**
*also known as*
Fernando Garcia
*also known as*
Torrance Bunch
*also known as*
Amanda Hall

**Defendant**

**AT&T Motorola razor II Serial # G34ELN2DQK**

*also known as*
Fernando Garcia
*also known as*
Torrance Bunch
*also known as*
Amanda Hall

**Defendant**

**Boostmobile I776 Serial 3 364VKGQ31Z**
*also known as*
Fernando Garcia
*also known as*
Torrance Bunch
*also known as*
Amanda Hall

| Date Filed | # | Docket Text |
|---|---|---|
| 04/20/2010 | 1 | APPLICATION for Search Warrant by United States of America as to AT&T LG serial # 903KPUU44462, AT&T Motorola Razor serial # G26GHQ96GK, AT&T Motorola Serial # JO5ELS32RF black/silver, AT&T Motorola razor II Serial # G34ELN2DQK, AT&T Razor II serial # E326GFLHHJ black, AT&T Razor Serial # G26GJL23N4 silver, AT&T Samsung Blackjack Serial # R1WP592420B, Boost Mobile Motorola i776 Serial # 365VKJ8R60, Boost Motorola i776 serial # 364VKFGGJT, Boostmobile I776 Serial 3 364VKGQ31Z, Boostmobile Motorola 1290 364VKEN5RL, Nokie Black & Gray no serial #, TracFone Nokia serial # 1AAD84CA, XKSSTEL-X12 No serial # black & silver. THIS IS A TEXT ONLY ENTRY. NO DOCUMENT ATTACHED. DOCUMENT FILED UNDER SEAL WITH THE COURT. (sh) (Entered: 04/20/2010) |
| 04/20/2010 | | Search Warrant Issued TEXT ONLY ENTRY (sh) (Entered: 04/20/2010) |
| 04/30/2010 | | Search Warrant Returned Executed on 4/26/10<br><br>**This is a text only entry - no document is attached. THE ORIGINAL IS FILED UNDER SEAL WITH THE COURT.**<br><br>(sh) (Entered: 04/30/2010) |