# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas
Fort Smith Division

| | |
|---|---|
| In the Matter of the Search of<br><br>AT&T LG   serial # 903KPUU44462<br>Boost mobile Motorola i776  serial# 365VKJ8R60<br>AT&T Motorola Razor  serial# G26GHQ96GK  gray<br>Blackberry purple  Serial # scratched off<br>AT&T Razor  serial # G26GJL23N4  silver<br>AT&T Razor II serial # E326GFLHHJ  black<br>TracFone  Nokia serial # 1AAD84CA<br>AT&T Motorola  Serial # JO5ELS32RF black/silver<br>XKSSTEL - X12  No serial #  Black And silver<br>Boostmobile  Motorla I290 364VKEN5RL<br>AT&T Samsung Blackjack Serial # R1WP592420B<br>Nokia Black and Grey  no serial number<br>Boostmobile Motorola i776 serial # 364VKFGGJT<br>AT&T Motorola razor II Serial # G34ELN2DQK<br>Boostmobile  I776  Serial # 364VKGQ3IZ | Case No. FS-10-10<br><br>U. S. DISTRICT COURT<br>WESTERN DISTRICT ARKANSAS<br>FILED<br>APR 20 2010<br>CHRIS R. JOHNSON, CLERK<br>BY<br>DEPUTY CLERK |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the Western District of Arkansas *(identify the person or describe property to be searched and give its location)*:

1. AT&T LG   serial # 903KPUU44462
2. Boost mobile Motorola i776  serial# 365VKJ8R60
3. AT&T Motorola Razor  serial# G26GHQ96GK  gray
4. Blackberry purple  Serial # scratched off
5. AT&T Razor  serial # G26GJL23N4  silver
6. AT&T Razor II serial # E326GFLHHJ  black
7. TracFone  Nokia serial # 1AAD84CA
8. AT&T Motorola  Serial # JO5ELS32RF black/silver
9. XKSSTEL - X12  No serial #  Black And silver
10. Boostmobile  Motorla I290 364VKEN5RL
11. AT&T Samsung Blackjack Serial # R1WP592420B
12. Nokia Black and Grey  no serial number
13. Boostmobile Motorola i776 serial # 364VKFGGJT
14. AT&T Motorola razor II Serial # G34ELN2DQK
15. Boostmobile  I776  Serial # 364VKGQ3IZ

seized from Torrence Bunch, Fernando Garcia, and Amanda Hall on December 16, 2009, currently in the custody of the Barling Police Department in Barling, Arkansas.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

Stored electronic records tending to establish and document possession and/or distribution of controlled substances, conspiracy to distribute controlled substances or use of the phone in furtherance of a drug trafficking offense including but not limited to, Dialed outgoing telephone/pager numbers, Incoming telephone/pager numbers, Missed incoming telephone/pager numbers, Numeric/alphanumeric messages sent or received, Verbal messages sent or received, Address and telephone/pager number listings, Electronically composed memorandum, Time and or data markings to include calendar format organization of all such data, Phone book listings to include names, aliases, telephone/pager numbers, codes, types of phone numbers and addresses, and Photos and videos,

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☒ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☒ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of Title 21 U.S.C. §§ 841(a) and 846 and Title 18 U.S.C. §§ 1956 and 1957, and the application is based on these facts:

☒ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Paul Hursey
~~Pr: Kerry Keeter,~~ Special Agent DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: April 20, 2010

_____
*Judge's signature*

City and state: Fort Smith, Arkansas

James R. Marschewski, Chief U.S. Magistrate Judge

AFFIDAVIT

Being duly sworn, Special Agent Paul Hursey does depose and state:

1. Your Affiant, Paul Hursey, is a Special Agent with the Drug Enforcement Administration (DEA), and has been so employed since August, 1999. Your Affiant successfully completed the 17-week DEA basic agent training academy in Quantico, Virginia. During the course of your Affiant's employment with DEA your Affiant has conducted numerous investigations of controlled substances violations in conjunction with agents and officers from numerous jurisdictions. Your Affiant has also conducted or assisted in numerous investigations which have led to the arrest and conviction of persons for violations dealing with sales, possession and/or manufacture of cocaine, methamphetamine, heroin, marijuana and other controlled substances, money laundering and the seizure and forfeiture of assets. As part of these investigations, your Affiant has been able to interview many arrested subjects. Through these interviews, your Affiant has learned how and why these offenders conduct various aspects of their drug trafficking activities, to include manufacturing, packaging, distribution, transportation and concealment of controlled substances and assets and money laundering. Throughout your Affiant's career, your Affiant has continued to receive training in subjects covering numerous aspects related to the investigation of drug trafficking violations, to include but not limited to the possession, sales, manufacturing and transportation of controlled substances, money laundering and asset forfeiture

2. Your Affiant renders this affidavit in support of an application for a search warrant

for fifteen cellular phones (see Attachment A) seized and maintained as state evidence following the execution of a state search warrant at 1601 South 28th Street, Fort Smith, Arkansas on December 16, 2009.

3. Based upon his training, experience, and involvement in this investigation your Affiant knows that drug traffickers commonly use cellular phones to communicate with their criminal associates. These cell phones contain evidence regarding the dates and times of calls to and from their criminal associates as well as stored information regarding the telephone numbers, names, alias names and saved text messages (both sent and received) to and from their criminal associates.

4. The information in the affidavit is based, in part, on the knowledge of other law enforcement officials, interviews of cooperating sources and defendants, and upon your affiant's experience and background as a Special Agent of the DEA. Since this affidavit is being submitted for the limited purpose of securing the authorization to search for the items requested in the Application for Search Warrant, your affiant has not included every fact known to him concerning the investigation. Your affiant has set forth only the facts that your affiant believes are necessary to establish the requisite foundation for a search warrant to be issued.

5. On December 16, 2009, the 12th Judicial Drug Task Force (DTF) conducted a controlled purchase of methamphetamine from 1601 South 28th Street, Fort Smith, Arkansas and subsequently received a state search warrant for the residence. Upon execution of the search warrant officers located Fernando GARCIA, Torrance BUNCH, and Amanda HALL inside the residence. GARCIA was in possession of approximately two ounces of methamphetamine that he attempted to flush in a toilet.

Also located and seized during the search of the residence was approximately $14,000.00 United States Currency, which included $100.00 of pre-recorded DTF buy money, fifteen cellular phones, paraphernalia, digital scales, and packaging material. Your affiant conducted a Post-Miranda interview of BUNCH at the residence and BUNCH admitted he used and sold methamphetamine since being released from prison. BUNCH denied any knowledge of or involvement with GARCIA and did not know why he was at the residence. HALL refused to cooperate with law enforcement and GARCIA denied any knowledge of or involvement with BUNCH or HALL.

6. On December 17, 2009, your affiant interviewed a cooperating defendant, hereafter referred to as CD1, regarding his/her knowledge/involvement with GARCIA. CD1 stated he/she was aware that GARCIA was a methamphetamine trafficker and had observed GARCIA receive approximately six multi-pound shipments of methamphetamine in Fort Smith, Arkansas within the previous year. CD1 was also aware that during the summer of 2009 GARCIA had a large amount of money seized on the U.S./Mexican border that his brother and Santiago LNU were transporting for GARCIA. Your affiant was aware of the seizure CD1 was referring to and was aware that the Santiago CD1 referred to was Santiago SANCHEZ, who is currently under indictment in the Western District of Arkansas for Conspiracy to Distribute Methamphetamine and Distribution of Methamphetamine.

7. On December 17, 2009, your affiant showed a DEA Confidential Source, hereafter referred to as CS1, a photo of GARCIA taken on December 16, 2009. CS1 identified GARCIA as the person present during a controlled purchase of methamphetamine

from Javier MACIAS on September 15, 2009. During that purchase MACIAS told CS1 that GARCIA was the source of the methamphetamine. MACIAS is currently under indictment in the Western District of Arkansas for Conspiracy to Distribute Methamphetamine and Distribution of Methamphetamine.

8. On March 2 and 3, 2010, DEA and the Fort Smith Police Department (FSPD) conducted a controlled purchase involving the front and subsequent payment for an ounce of methamphetamine from Torrance BUNCH and Amanda HALL. The transactions were arranged via controlled phone calls to BUNCH.

9. On March 11 and 17, 2010, DEA and FSPD conducted another controlled purchase involving the front and subsequent payment for an ounce of methamphetamine from BUNCH and HALL. The transactions were arranged via controlled phone calls to BUNCH and HALL.

10. On March 16, 2010, your affiant interviewed a cooperating defendant, hereafter referred to as CD2, regarding his/her knowledge of Fernando GARCIA's involvement in the distribution of methamphetamine. CD2 stated in December 2009 he/she and another person transported a pound of methamphetamine to Fort Smith, Arkansas and delivered it to GARCIA. During the delivery GARCIA showed CD2 another pound of methamphetamine to compare the two. GARCIA paid for a portion of the pound CD2 delivered but was unable to complete payment due to his arrest on December 16, 2009.

11. WHEREFORE, your affiant believes that sufficient probable cause exists to believe that the fifteen cell phones seized during the execution of the state search warrant at 1601 South 28th Street, Fort Smith, Arkansas on December 16, 2009 contain information and records, more particularly described on Attachment (A) to this affidavit, that could link Fernando GARCIA, Torrance BUNCH, Amanda HALL, Santiago SANCHEZ, and/or Javier MACIAS as criminal associates in violations of 21 U.S.C. 841(a)(1), 843(b), and 846.

_____
Paul Hursey
Special Agent
Drug Enforcement Administration


Subscribed and sworn to before me this __20__ day of April, 2010.

_____
James R. Marschewski
CHIEF UNITED STATES MAGISTRATE JUDGE

The following transaction was entered on 4/20/2010 at 4:00 PM CDT and filed on 4/20/2010

| | |
|---|---|
| **Case Name:** | United States of America v. AT&T LG serial # 903KPUU44462 et al |
| **Case Number:** | 2:10-sm-00010-RTD *SEALED* |
| **Filer:** | United States of America |
| **Document Number:** | 1(No document attached) |

**Docket Text:**
**APPLICATION for Search Warrant by United States of America as to AT&T LG serial # 903KPUU44462, AT&T Motorola Razor serial # G26GHQ96GK, AT&T Motorola Serial # JO5ELS32RF black/silver, AT&T Motorola razor II Serial # G34ELN2DQK, AT&T Razor II serial # E326GFLHHJ black, AT&T Razor Serial # G26GJL23N4 silver, AT&T Samsung Blackjack Serial # R1WP592420B, Boost Mobile Motorola i776 Serial # 365VKJ8R60, Boost Motorola i776 serial # 364VKFGGJT, Boostmobile I776 Serial 3 364VKGQ31Z, Boostmobile Motorola 1290 364VKEN5RL, Nokie Black & Gray no serial #, TracFone Nokia serial # 1AAD84CA, XKSSTEL-X12 No serial # black & silver. THIS IS A TEXT ONLY ENTRY. NO DOCUMENT ATTACHED. DOCUMENT FILED UNDER SEAL WITH THE COURT. (sh)**

**2:10-sm-00010-RTD *SEALED* No electronic public notice will be sent because the case/entry is sealed.**