# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas
Fort Smith Division

In the Matter of the Search of )
)
) Case No. FS-10-10
AT&T LG  serial # 903KPUU44462 )
Boost mobile Motorola i776  serial# 365VKJ8R60 )
AT&T Motorola Razor  serial# G26GHQ96GK  gray )
Blackberry purple  Serial # scratched off )
AT&T Razor  serial # G26GJL23N4  silver )  U.S. DISTRICT COURT
AT&T Razor II serial # E326GFLHHJ  black )  WESTERN DISTRICT ARKANSAS
TracFone  Nokia serial # 1AAD84CA )  FILED
AT&T Motorola  Serial # JO5ELS32RF black/silver )  APR 30 2010
XKSSTEL - X12  No serial #  Black And silver )
Boostmobile  Motorla I290 364VKEN5RL )  CHRIS R. JOHNSON, CLERK
AT&T Samsung Blackjack Serial # R1WP592420B )  BY
Nokia Black and Grey  no serial number )  DEPUTY CLERK
Boostmobile Motorola i776 serial # 364VKFGGJT )
AT&T Motorola razor II Serial # G34ELN2DQK )
Boostmobile I776  Serial # 364VKGQ31Z )

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Western District of Arkansas *(identify the person or describe the property to be searched and give its location)*:

1.  AT&T LG  serial # 903KPUU44462
2.  Boost mobile Motorola i776  serial# 365VKJ8R60
3.  AT&T Motorola Razor  serial# G26GHQ96GK  gray
4.  Blackberry purple  Serial # scratched off
5.  AT&T Razor  serial # G26GJL23N4  silver
6.  AT&T Razor II serial # E326GFLHHJ  black
7.  TracFone  Nokia serial # 1AAD84CA
8.  AT&T Motorola  Serial # JO5ELS32RF black/silver
9.  XKSSTEL - X12  No serial #  Black And silver
10. Boostmobile  Motorla I290 364VKEN5RL
11. AT&T Samsung Blackjack Serial # R1WP592420B
12. Nokia Black and Grey  no serial number
13. Boostmobile Motorola i776 serial # 364VKFGGJT
14. AT&T Motorola razor II Serial # G34ELN2DQK
15. Boostmobile I776  Serial # 364VKGQ31Z

seized from Torrence Bunch, Fernando Garcia, and Amanda Hall on December 16, 2009, currently in the custody of the Barling Police Department in Barling, Arkansas.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

·Stored electronic records tending to establish and document possession and/or distribution of controlled substances, conspiracy to distribute controlled substances or use of the phone in furtherance of a drug trafficking offense including but not limited to, Dialed outgoing telephone/pager numbers, Incoming telephone/pager numbers, Missed incoming telephone/pager numbers, Numeric/alphanumeric messages sent or received, Verbal messages sent or received, Address and telephone/pager number listings, Electronically composed memorandum, Time and or data markings to include calendar format organization of all such data, Phone book listings to include names, aliases, telephone/pager numbers, codes, types of phone numbers and addresses, and Photos and videos,

which records constitute evidence of the commission of offenses in violation of Title 21 U.S.C. §§ 841(a)(1), 843(b), and 846 as evidenced by the Affidavit of Special Agent Paul Hursey attached to the Application and Affidavit for Search Warrant.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before   April 27, 2010
                                                              *(not to exceed 10 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.    ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Chief Magistrate Judge James Marschewski.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
                                                    ☐ until, the facts justifying, the later specific date of . _____

Date and time issued: April **20** , 2010         _____
                                                       *Judge's signature*

City and state: Fort Smith, Arkansas              James R. Marschewski, Chief U.S. Magistrate Judge
                                                       *Printed name and title*

## Return

| Case No.: **FS-10-10** **KY-09-0055** | Date and time warrant executed: **APRIL 26, 2010** | Copy of warrant and inventory left with: **Returned with phones to BPD evidence** |
|---|---|---|

Inventory made in the presence of: **SA Paul Hursey and FSPD Investigator Joe Barnes**

Inventory of the property taken and name of any person(s) seized:

**Stored electronic records to include dialed outgoing telephone numbers, incoming telephone numbers, missed incoming telephone numbers, sent and received text messages, phone book listings to include telephone numbers names, and alias names, and photos were obtained from nine of the fifteen cellular phones. Six of the cellular phones had missing SIM cards and/or non-functioning batteries.**

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/30/10

*Executing officer's signature*

**SA Paul Hursey**

*Printed name and title*

Sworn to before me this 30th day of April, 2010

Marichewski
USM L

**Service of Process:**
2:10-sm-00010-RTD *SEALED* United States of America v. AT&T LG serial # 903KPUU44462 et al
SEALED

# U. S. District Court

# Western District of Arkansas

## Notice of Electronic Filing

The following transaction was entered on 4/30/2010 at 10:38 AM CDT and filed on 4/30/2010

**Case Name:** United States of America v. AT&T LG serial # 903KPUU44462 et al
**Case Number:** 2:10-sm-00010-RTD *SEALED*
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Search Warrant Returned Executed on 4/26/10**

**This is a text only entry - no document is attached. THE ORIGINAL IS FILED UNDER SEAL WITH THE COURT.**

**(sh)**

**2:10-sm-00010-RTD *SEALED*** No electronic public notice will be sent because the case/entry is sealed.