```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FORT SMITH DIVISION
```

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                      CASE NO. 2:10CR20024-001

TORRENCE BUNCH                                              DEFENDANT

## ORDER

Now before the Court comes the above-styled cause. On October 13, 2010, Rex Chronister was permitted to withdraw as counsel for Defendant. The Court was advised that Defendant intended to retain new counsel. To date no attorney has entered an appearance on behalf of Defendant. Defendant is directed to immediately retain counsel to enter an appearance on his behalf or to advise the Court that he intends to proceed *pro se* at the jury trial which remains set for November 8, 2010.

IT IS SO ORDERED this 25th day of October 2010.

                              /s/ Robert T. Dawson
                              Honorable Robert T. Dawson
                              United States District Judge