```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FORT SMITH DIVISION
```

UNITED STATES OF AMERICA                                    PLAINTIFF

    vs.                Criminal No. 10-20024-001-RTD

TORRANCE BUNCH a/k/a
TORRENCE BUNCH                                              DEFENDANT

## ORDER

On the 13th day of October, 2010, during an in-court hearing, came before the Court defendant's counsel's oral motion to withdraw due to a conflict of interest. The Court advised the defendant that the motion was being granted and defendant advised the Court he intended to retain new counsel.

By Order of this Court dated the 25th of October, 2010, defendant was directed to immediately retain counsel to enter an appearance on his behalf or to advise the Court that he intends to proceed *pro se* at the jury trial set for November 8, 2010.

On the 2nd day of November, 2010, another in-court hearing was held to ascertain defendant's intention as to representation during trial. He was advised of his right to counsel and his right to appointed counsel upon completion of the appropriate financial affidavit and was thoroughly questioned by the undersigned with respect to his understanding of those rights and with respect to his desire to waive those rights and to proceed without counsel at trial. After questioning, and after affirming his understanding of his rights, the defendant

AO72A
(Rev. 8/82)

declined the Court's offer to appoint counsel.

On the 5th day of November, 2010, the Court conducted a pretrial hearing in this matter.  The Court again advised the defendant of his right to either represent himself or to request the Court to appoint an attorney to represent him.  The defendant repeatedly declined the Court's offer to appoint an attorney to represent him at trial.

Accordingly, it is found and ordered that the defendant effectively waived his right to legal representation in this matter and will be permitted to proceed from and after October 13, 2010, without counsel in this matter.

It is further ordered that Shannon L. Blatt of Fort Smith, Arkansas, be appointed as stand by counsel at the trial of this matter to protect the continuity of proceedings, which will commence at 9:00 a.m. on Monday, November 8, 2010, at the United States Courthouse, Fort Smith, Arkansas.

IT IS SO ORDERED this 8th day of November, 2010.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge