IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                              PLAINTIFF/RESPONDENT

v.                          Case No. 2:10-CR-20024
                            Case No. 2:14-CV-02107

TORRANCE BUNCH                                         DEFENDANT/PETITIONER

## ORDER

The Court has received a report and recommendations (Doc. 266-2) from United States Magistrate Judge James R. Marschewski. The Magistrate Judge conducted an evidentiary hearing on December 3, 2015 and heard testimony from witnesses. The Magistrate Judge weighed the testimony of the witnesses and made findings of fact in the report and recommendations with respect to the three grounds put forth by Defendant/Petitioner for vacating his sentence. The Magistrate Judge prepared a summary of the testimony from the evidentiary hearing which is made part of the report and recommendations (Doc. 266-1). Ultimately, the Magistrate Judge recommends denying the motion to vacate and dismissing this case with prejudice. The Defendant/Petitioner has filed objections to the report and recommendations with respect to the Magistrate Judge's findings on two of the three forwarded grounds for vacating the sentence under 28 U.S.C. § 2255 (Doc. 282).

After careful review of the report and recommendations and the summary of the testimony of the witnesses, and de novo review of the law and evidence with respect to the objections filed by the Defendant/Petitioner, the Court concludes that the report and recommendations should be, and hereby are, APPROVED AND ADOPTED as this Court's findings in all respects in their entirety.

1

IT IS THEREFORE ORDERED that Defendant/Petitioner Torrance Bunch's motion to vacate his sentence under 28 U.S.C. § 2255 (Doc. 214) is DENIED, and his case is DISMISSED WITH PREJUDICE.

Judgment will be entered separately.

IT IS SO ORDERED this 21st day of December, 2016.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE